USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2018



**Joseph Masri**
**127 Clymer St.**
**Brooklyn, New York 11249**

December 11, 2018

Hon. Analisa Torres
United States District Court Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Joseph H: Masri v. New York Presbyterian Hospital et al.* 17 CV 8356 (AT)(KHP)

Your Honor:

   I respectfully request a one-week extension until Tuesday, December 18, 2018 to (1) file Objections otherwise due today, December 11, 2018, to the Report and Recommendations of the Honorable Magistrate Judge Katharine H. Parker re: my Motion to Amend/Correct the present Amended Complaint and the Motion to Dismiss the Amended Complaint filed by New York Presbyterian Hospital and each of the individual defendants dated November 27, 2018 and (2) to prepare a new Second Amended Complaint that conforms to this ruling, as ordered by Judge Parker.

   Because I am a pro se plaintiff, I also can not access or use the ECF system. I first received the Report and Recommendation on Monday, November 31, 2018. Although the Honorable Magistrate Judge Parker ruled that I have a viable civil rights claim against the New York Presbyterian Hospital's security sergeant Jose Cruz, who is also a registered peace officer who acted under color of state law, Judge parker also ruled that there were not enough factual allegations in my proposed amended pleadings to make out a conspiracy claim against the other three security officers named as defendants, that a civil rights claim could not be filed against the Hospital itself as a "person" within the meaning of 42 U.S.C. 1983. Additionally, Judge Parker ruled that because the statute of limitations for all state claims against Jose Cruz expired, the hospital could not be liable under a state law claim for respondent superior even though Cruz was potentially liable under the sustained Section 1983claim pursuant to federal law.  Therefore, Objections to these recommendations are complex and require a lot of legal research. The ten days I had to research and complete my objections were simply insufficient to do so properly.

1

Because I am not a trained attorney, that was not possible by today despite my best efforts to do so. Manual and online research in the Court's law library is the only way I can do such research. Not only am I lacking in skills to do fast research but I am also severely by the library hours and my own personal requirements. I therefore respectfully ask the Court to give me a one -week extension for the time requested. I thank your Honor in advance for your consideration.

Very truly yours,

Joseph Masri

Cc: Brendan J. Alt, Esq (by regular mail)

GRANTED. By **December 18, 2018**, Plaintiff shall file any objections to the Report and Recommendation, ECF No. 48.

The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: December 12, 2018
　　　　New York, New York

ANALISA TORRES
United States District Judge